**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ULISES FLORES SANCHEZ, ALBERTO REYES, ANDRES REYES, ATANACIO REYES, LEOPOLDO REYES, and FELIPE MAGANA, individually and on behalf of others similarly situated,** | **Case No. 18-cv-6635** |
| **Plaintiffs,** | **Judge Charles Norgle** |
| **v.** | |
| **PAUL F. PEDERSEN CO., d/b/a PEDERSEN COMPANY, and PAUL PEDERSEN,** | |
| **Defendants.** | |

## STIPULATION TO DISMISS CLAIMS OF ATANACIO REYES PURSUANT TO RULE 41(a)(1)

Plaintiffs and Defendants, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of Plaintiff Atanacio Reyes's claims in this matter, with prejudice and with each party to bear their own fees and costs. This stipulation of dismissal does not affect the other Plaintiffs' claims in this matter. Those claims shall remain pending.

WHEREFORE, Plaintiffs and Defendants respectfully request that the Court dismiss Atanacio Reyes's claims with prejudice, each party to bear their own fees and costs.

Respectfully submitted,

/s/ Christopher J. Wilmes

Matthew J. Piers
Christopher J. Wilmes
HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.

70 W. Madison St., Suite 4000
Chicago, IL  60602
312-580-0100
mpiers@hsplegal.com
cwilmes@hsplegal.com

Alexandria Santistevan
Farmworker & Landscaper Advocacy Project
33 N. LaSalle, Suite 900
Chicago, IL 60602
312-784-3541
litigation@flapillinois.org
*Attorneys for Plaintiffs*


/s/ Kenneth A. Jenero

Kenneth A. Jenero
Kelly D. DeWitt
Holland & Knight LLP
131 S. Dearborn St., 30th Flr.
Chicago, IL  60603
312-263-3600
kenneth.jenero@hklaw.com
kelly.dewitt@hklaw.com
*Attorneys for Defendants Paul F. Pederson*
*Company and Paul Pederson*

2